THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v GRAHAM REID, Appellant.

Submitted July 8, 2013; decided August 22, 2013

Motion for assignment of counsel granted and Steven Banks, Esq., The Legal Aid Society, 199 Water Street, New York, NY 10038 assigned as counsel to the appellant on the appeal herein.

Judge ABDUS-SALAAM taking no part.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v WILFREDO REINA, Appellant.

Submitted July 15, 2013; decided August 22, 2013

Motion for an extension of the time within which to apply for permission to appeal pursuant to CPL 460.20 dismissed upon the ground that no application for leave to appeal pursuant to CPL 460.20 will lie from an order of a single Justice of the Appellate Division denying leave to appeal to that Court pursuant to CPL 460.15.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v AMANDA RICHARDSON, Appellant.

Submitted July 8, 2013; decided August 22, 2013

Motion for an extension of the time within which to apply for permission to appeal pursuant to CPL 460.20 granted and motion papers treated as a timely CPL 460.20 application.